**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MICHELLE RAMIREZ, | **Case No.: 1:25-cv-00061** |
| Plaintiff, | |
| v. | |
| ELEVANCE HEALTH, INC., | **NOTICE OF CHANGE OF ADDRESS** |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** of change of information for Emanuel Kataev, counsel for Plaintiff, in the above-captioned matter. Mr. Kataev notifies the Court of a change of address; the new and current address is listed below:

**CONSUMER ATTORNEYS**
Emanuel Kataev, Esq.
68-29 Main Street
Flushing, NY 11367
T: (718) 412-2421
F: (718) 489-4155
E: ekataev@consumerattorneys.com

RESPECTFULLY SUBMITTED this 20th day of January 2025.

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing, NY 11367
T: (718) 412-2421
F: (718) 489-4155
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff Michelle Ramirez*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Mia Kristensen*