# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE RAMIREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ELEVANCE HEALTH, INC.,<br><br>　　　　Defendant. | **Case No.: 1:25-cv-00061**<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Michelle Ramirez has served upon Defendant The Elevance Health, Inc. copies of the following documents:

　　1) Issued Summons;

　　2) Complaint;

　　3) Civil Cover Sheet;

　　4) Exhibit A - Right to Sue Letter;

　　5) Magistrate Judge Assignment;

　　6) Magistrate Judge Consent Form.

Attached hereto is a copy of the Proof of Service.

2

RESPECTFULLY SUBMITTED this 20th day of January 2025.

> */s/ Emanuel Kataev*
> Emanuel Kataev, Esq.
> **CONSUMER ATTORNEYS, PLLC**
> 68-29 Main Street
> Flushing, NY 11367
> T: (718) 412-2421
> F: (718) 489-4155
> E: ekataev@consumerattorneys.com
>
> *Attorneys for Plaintiff Michelle Ramirez*

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| MICHELLE RAMIREZ | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:25-cv-00061-KAS |
| THE ELEVANCE HEALTH COMPANIES, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  The Elevance Health Companies, Inc.
c/o The Corporation Company
7700 E Arapahoe Rd Ste 220,
Centennial, CO 80112-1268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
72-47 139th Street
Flushing, NY, 11367-2321
T: (718) 412-2421
E: ekataev@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/8/2025

/s/ A.G. Ryan

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-CV-00061-KAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THE ELEVANCE HEALTH COMPANIES, INC. C/O THE CORPORATION COMPANY was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mikayla Kranzusch , who is designated by law to accept service of process on behalf of *(name of organization)* THE ELEVANCE HEALTH COMPANIES, INC. C/O THE CORPORATION COMPANY the following documents 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Exhibit A - Right to Sue Letter; 5) Magistrate Judge Assignment; and 6) Magistrate Judge Consent on *(date)* Fri, Jan 17 2025 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 01/17/2025

*Server's signature*

Brittney Pierce

*Printed name and title*

2443 South University Boulevard #268, Denver, CO 80210

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 17, 2025, 9:25 am MST at COMPANY: 7700 E ARAPAHOE ROAD SUITE 220, CENTENNIAL, CO 80112-1268 received by Mikayla Kranzusch. Age: 30; Ethnicity: Caucasian; Gender: Female;
Mikayla Kransusch the intake specialist for Corporation Company accepted service.