## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00061-KAS

MICHELLE RAMIREZ,

     Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES,
INC.,

     Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

     Erin Rayner Mangum of Constangy, Brooks, Smith & Prophete, LLP hereby enters her appearance on behalf of Defendant The Elevance Health Companies, Inc., ("Elevance" or "Defendant").

     Respectfully submitted this 7th day of February, 2025.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/   Rayner Mangum*
Rayner Mangum
1801 Broadway
Suite 529
Denver, CO 80202
Telephone:  720.343.7560
Facsimile:  720.343.7561
rmangum@constangy.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2025, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Emanuel Kataev
CONSUMER ATTORNEYS, PLLC
72-47 139th Street
Flushing, NY 11367-2321
ekataev@consumerattorneys.com

s/ Hannah Caisse
*Hannah Caisse,* Paralegal