# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE RAMIREZ,<br><br>          Plaintiff,<br><br>    v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC.,<br><br>          Defendant. | **Case No.: 1:25-cv-61 (KAS)**<br><br>**DECLARATION OF EMANUEL KATAEV, ESQ. IN OPPOSITION TO <u>MOTION TO DISMISS</u>** |

    I, Emanuel Kataev, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am admitted to practice before this Court and serve as General Counsel and Of Counsel to Consumer Attorneys, PLLC, who are the attorneys for the Plaintiff in this case.

2. I respectfully submit this declaration in opposition to Defendant's motion to dismiss.

3. Plaintiff dual-filed her charge of discrimination with the United States Equal Employment Opportunity Commission ("EEOC") and the Colorado Civil Rights Division ("CCRD"). <u>See</u> copy of charge annexed hereto as **Exhibit "1."**

4. Based on communications with the CCRD, it never processed Plaintiff's charge. <u>See</u> copy of email correspondence annexed hereto as **Exhibit "2."**

5. In a voice message to your undersigned, the CCRD stated that it can process a notice of right to sue upon receipt of the EEOC's notice of right to sue, which your undersigned subsequently provided to the CCRD. <u>See</u> copy of transcribed voice message from CCRD annexed hereto as **Exhibit "3."**

6. Your undersigned also explained to the CCRD that Plaintiff is seeking to equitably toll her deadline to file suit and pursue her federal claims.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2025.

                                             _/s/ Emanuel Kataev, Esq._
                                             Emanuel Kataev, Esq.