IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

Case No.: 1:25-cv-61 (KAS)

**DECLARATION OF PLAINTIFF MICHELLE RAMIREZ IN OPPOSITION TO MOTION TO DISMISS**

I, Michelle Ramirez, pursuant to 28 U. S.C. § 1746, declare as follows:

1. I am the Plaintiff in the above-referenced case.

2. I respectfully submit this declaration in opposition to Defendant's motion to dismiss.

3. On July 20, 2023, I was unlawfully terminated from my employment with the Defendant.

4. On January 23, 2024, I filed a charge with the United States Equal Employment Opportunity Commission ("EEOC") with Charge No.: 541-2024-01387. See copy of EEOC Public Portal List of Inquiries/Charges/Cases[1] annexed hereto as **Exhibit "4."**

5. At the time that I filed the charge, only 187 days had passed since my termination, and I am now advised that this is well within the 300-day deadline to timely file a charge.

6. On the same date that I filed the January 23, 2024 charge, I called the EEOC and a representative informed me that my charge was untimely.

7. This was a false statement of fact as I am now advised by my counsel.

---

[1] Although the Public Portal indicates that my January 23, 2024 charge is an inquiry, this was not my understanding based on my discussion with the EEOC representative, who informed me that my *charge* was untimely the same day.

1

8. In response, during the January 23, 2024 phone call, I informed the EEOC representative that my employer retaliated against me by opposing my right to unemployment benefits in November 2023 and whether this would constitute a separate discriminatory and/or retaliatory act which would make my charge timely.

9. The EEOC representative told me that it would not.

10. This was also a false statement of fact as I am now advised by my counsel.

11. I later learned through research on my own that the charge was timely but was told by the EEOC that I had to file a new charge, which I did on June 17, 2024, bearing Charge No.: 541-2024-03414.

12. Based on my diligence in timely pursing my rights, the EEOC's false statement that the January 23, 2024 charge was untimely, and the advice of my attorney, I respectfully request that this Court

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19th, 2025.

_Michelle Ramirez_
Michelle Ramirez