# EXHIBIT 2

**Emanuel Kataev**

| | |
|---|---|
| **From:** | Jonathan Krikheli <ykrikheli@consumerattorneys.com> |
| **Sent:** | Thursday, February 27, 2025 3:06 PM |
| **To:** | dora_ccrd@state.co.us; dora_ccrdintake@state.co.us |
| **Cc:** | Emanuel Kataev; Mia Kristensen |
| **Subject:** | Re: Michelle Ramirez Charge of Discrimination Inquiry |
| **Attachments:** | Michelle Ramirez - Charge of Discrimination.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

## SENT ON BEHALF OF CONSUMER ATTORNEYS PLLC

To Whom It May Concern,

I understand other representatives of this firm have already reached out to you regarding the status of a Charge of Discrimination filed by our client, Michelle Ramirez, against The Elevance Health Companies, Inc. The Charge was dual filed with both the Equal Employment Opportunity Commission ("EEOC") and the Colorado Civil Rights Department ("CCRD") on or around June 17, 2024. Specifically, the charge was filed with an ID No. of 541-2024-03414. You may find a copy of this Charge attached to this email. You may find a copy of the aforementioned Charge referencing that it is dual filed with the CCRD attached to this email.

Based on the communications with other representatives of our firm, we believe that the Charge filed by Ms. Ramirez was never forwarded to the CCRD despite it having been dual filed. As the charge was never processed by the CCRD when it was initially filed, we respectfully request that it be processed with the CCRD now.

We thank you for your patience and understanding throughout this process and look forward to hearing back from you.


Sincerely,

1



**CONFIDENTIALITY NOTICE:** Licensed in the State of New York. This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

# Emanuel Kataev

| | |
|---|---|
| **From:** | Emanuel Kataev |
| **Sent:** | Thursday, February 27, 2025 5:59 PM |
| **To:** | dora_ccrd@state.co.us; dora_ccrdintake@state.co.us |
| **Cc:** | Mia Kristensen; Jonathan Krikheli |
| **Subject:** | RE: Michelle Ramirez |
| **Attachments:** | 241010 Michelle Ramirez EEOC Right-to-Sue.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Per your voice message, please find attached notice of right to sue. Kindly send CCRD notice of right to sue.

Respectfully submitted,




**From:** Emanuel Kataev
**Sent:** Thursday, February 27, 2025 12:34 PM
**To:** dora_ccrd@state.co.us
**Cc:** Mia Kristensen <mkristensen@consumerattorneys.com>
**Subject:** RE: Michelle Ramirez

# TIME SENSITIVE TOP URGENT REQUEST

**From:** Emanuel Kataev
**Sent:** Thursday, February 27, 2025 11:23 AM
**To:** dora_ccrd@state.co.us
**Cc:** Mia Kristensen <mkristensen@consumerattorneys.com>
**Subject:** RE: Michelle Ramirez

Dear Sir or Madam:

This office represents the Charging Party in the above-referenced matter bearing EEOC Charge No.: 541-2024-03414.  We know that the EEOC investigated this complaint and we have a right to sue letter from them.  However, this charge was dual filed with the Colorado Civil Rights Division ("CCRD").

Our questions are as follows:

(i) What is the charge number under the CCRD?
(ii) What is the status of the charge with CCRD now that EEOC closed its investigation?
    a. If already closed, send documentation to that effect
    b. If it remains open, please confirm and kindly send notice of right to sue under CCRD.

This is a time sensitive request.  Kindly process today to enable the charging party to meet a federal court deadline.

Respectfully submitted,



---

**From:** Mia Kristensen <mkristensen@consumerattorneys.com>
**Sent:** Wednesday, February 26, 2025 05:55 PM
**To:** CCRD <dora_ccrd@state.co.us>
**Subject:** Re: Michelle Ramirez

To whom it may concern,
I am writing to respectfully request that the Colorado Division of Human Rights issue a Notice of Right to Sue Letter for our client Michelle Ramirez.
Thank you for your assistance in this matter.


Sincerely,

2



CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.

---

**From:** CCRD <dora_ccrd@state.co.us>
**Sent:** Tuesday, February 25, 2025 23:21
**To:** Mia Kristensen <mkristensen@consumerattorneys.com>
**Subject:** Re: Michelle Ramirez

Good afternoon,

If the EEOC is investigating this case, they will be your point of contact and can provide you with a status update.  Please reach out to the EEOC at (720) 779-3610 or info@eeoc.gov.

Kind regards,
CCRD Team


**Colorado Civil Rights Division**

P: 303-894-2997| F: 303-894-7830
1560 Broadway, Suite 825, Denver, CO 80202

dora_ccrd@state.co.us | https://ccrd.colorado.gov/


CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not an intended recipient, you are not authorized to disseminate,

distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail and any attachments from your system.

On Tue, Feb 25, 2025 at 12:02 PM Mia Kristensen <mkristensen@consumerattorneys.com> wrote:

**SENT ON BEHALF OF CONSUMER ATTORNEYS PLLC**

**To Whom It May Concern,**

We are writing to formally inquire about the current status of the discrimination charge filed by our client, Michelle Ramirez. As you may be aware, this charge was dual-filed with the Colorado Division of Human Rights in conjunction with her claim submitted to the Equal Employment Opportunity Commission (EEOC).

We would appreciate any updates you can provide regarding the progress of this matter.

Thank you for your attention to this request.

Sincerely,



CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed, and it may contain information that is confidential, privileged, proprietary or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are prohibited from copying, disclosing, distributing, disseminating or otherwise using this transmission in any way. If you have received this transmission in error, please immediately notify the sender and delete this transmission and all its attachments from your computer.