# EXHIBIT 3

**Emanuel Kataev**

| | |
|---|---|
| **From:** | Line2 Team <noreply@line2.com> |
| **Sent:** | Thursday, February 27, 2025 5:54 PM |
| **To:** | Emanuel Kataev |
| **Subject:** | Line2 Voice Message from WIRELESS CALLER ((720) 315-4479) |
| **Attachments:** | 174069668353b6b258vm.mp3 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe



Number: (718) 412-2421

Line2 Elite Plan

Hi Emanuel,

You have a new voicemail from WIRELESS CALLER (720) 315-4479. Please see below for the message:

*Feb 27, 2025, 5:53 PM*                                                                    *2:01*

*hey good afternoon Emmanuel my name is Luke person up for him with the Colorado civil rights division received a email from a book you and your colleague today regarding a complaint that was filed with the EEOC by your client on Michelle Ramirez giving you a call back on that. it sounds like you receive the right to notice from the EEOC I'm so if you are looking for a right-to-sue notice from our agency we would just need you to email the complaint that was filed with the EEOC at looks like Jonathan emailed me a copy of that earlier today, but I also need a copy of the right to sue notice that was issued from the EEOC I'm basically the way and in our work sharing agreement work Studio C is e o c does the investigation they issue a right to sue and then if you're looking for a right to sue from a you-know-what comparable state agency with him how to work sharing agreement with the EEOC you just need to reach out to us provides copy of the original charge a copy of the rights to notes from the EEOC and then we can get you a right-to-sue notice from us I'm so it's not like we do a separate investigation we in Odem the complaint to a filed under state law and then her purposes of administrative exhaustion. should us effort no supper right-to-sue allowing you to see the respondent in State Court as well.*

1

**Play Message**

To listen, simply click the attached audio file or go to your Line2 app.

Thanks for being a Line2 customer.

Best,

Team Line2

---

   

© 2022 Ziff Davis, Inc. or its subsidiaries (collectively, "Ziff Davis"). All rights reserved. Line2® is a registered trademark of Ziff Davis.
Ziff Davis, Inc. 114 5th Avenue, 15th Floor New York, NY 10011
Privacy Policy | Terms of Service