# EXHIBIT 4





**List of Inquiries/Charges/Cases**

| Case Number | Submission Date | Type | Status |
|---|---|---|---|
| 541-2024-03428 | 06-18-2024 | INQUIRY | Inquiry Closed |
| 541-2024-03415 | 06-17-2024 | INQUIRY | Inquiry Closed |
| 541-2024-03416 | 06-17-2024 | INQUIRY | Inquiry Closed |
| 541-2024-03414 | 06-17-2024 | CHARGE | Charge Closed |
| 541-2024-01387 | 01-23-2024 | INQUIRY | Inquiry Closed |

» ◀ 1 ▶ ⏭

**Please click on a case number to continue**

Technical Support         Accessibility Statement         Privacy Statement