IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00061-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction** [#13] (the "Consent/Non-Consent Form"). This case was assigned to a United States Magistrate Judge pursuant to D.C.COLO.LCivR 40.1(c). The Consent/Non-Consent Form [#13] is signed only on behalf of Plaintiff but it indicates that at least one party has declined to consent. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: April 3, 2025