**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE
SCHEDULING/PLANNING CONFERENCE**

---

Defendant The Elevance Health Companies, Inc. ("Elevance" or "Defendant") by and through its attorneys, Constangy, Brooks, Smith & Prophete, LLP, respectfully moves the Court to reschedule the Scheduling/Planning Conference currently scheduled for April 30, 2025. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendant conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief requested herein. As grounds for this motion, Defendant states as follows:

1. Defendant was served with Plaintiff's Complaint on January 17, 2025. (Dkt. 1).

2. Defendant filed its Motion to Dismiss Plaintiff's Complaint on February 7, 2025. (Dkt. 6).

3. On February 13, 2025, the Court issued an Order Setting the Scheduling/Planning Conference for April 30, 3025. (Dkt. 8).

4. Defense counsel will be out of the country on a pre-planned trip on April 30, 2025.

5. Wherefore, Defendant respectfully requests that the Scheduling/Planning Conference be rescheduled.

6. Defense counsel conferred with Plaintiff's counsel and both parties are available for the Scheduling/Planning Conference on the following dates:

    a. May 27, 2025

    b. May 29, 2025

7. The other deadline that would be affected by this request to reschedule the Scheduling/Planning Conference is the deadline for the parties to submit the Proposed Joint Scheduling Order, which will be due 7 days prior to the Scheduling Conference.

8. A trial has not yet been scheduled in this matter.

9. Defendant has not requested or received any extensions from the Court related to the relief requested herein.

10. No party will be prejudiced by the requested rescheduling.

11. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that a copy of this Motion is contemporaneously being served on Defendant's representatives.

WHEREFORE, Defendant, The Elevance Health Companies, Inc. respectfully requests this Court to reschedule the Scheduling/Planning Conference currently set to take place on April 30, 2025.

Respectfully submitted this 7th day of April, 2025.

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*s/ Rayner Mangum*
Jim Goh
Rayner Mangum
1801 Broadway
Suite 529
Denver, CO 80202
Telephone:  720.343.7560
Facsimile:   720.343.7561
jgoh@constangy.com
rmangum@constangy.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2025, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SCHEDULING/PLANNING CONFERENCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Emanuel Kataev
CONSUMER ATTORNEYS, PLLC
72-47 139th Street
Flushing, NY 11367-2321
ekataev@consumerattorneys.com

                                              s/ Hannah Caisse
                                              ***Hannah Caisse,*** Paralegal

4