**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

      Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES,
INC.,

      Defendant.

---

**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
RESCHEDULE SCHEDULING/PLANNING CONFERENCE**

---

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Reschedule Scheduling/Planning Conference,

IT IS ORDERED that the Motion is GRANTED. The Scheduling/Planning Conference currently set to take place on April 30, 2025 is vacated and reset for May ___, 2025 at _____ AM/PM. The parties shall submit a Proposed Joint Scheduling Order 7 days prior to the Scheduling Conference

Dated: April ____, 2025.

                                           By the Court:

                                           _____

                                           Honorable Gordon P. Gallagher