IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant's **Unopposed Motion to Reschedule Scheduling/Planning Conference** [#16] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Scheduling Conference set for April 30, 2025, at 9:30 a.m. is **VACATED** and **RESET** to **May 27, 2025**, at **12:00 p.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that, **no later than May 20, 2025**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated:  April 14, 2025