IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 25-cv-00061-GPG-KAS | Date: May 27, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Reporter Deck-Courtroom C204 |

*Parties:*                                                             *Counsel:*

MICHELLE RAMIREZ,                                          Emanuel Kataev (by vtc)

   Plaintiff,

v.

ELEVANCE HEALTH COMPANIES, INC.,          Erin Mangum

   Defendant.

---

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 12:08 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding setting a Settlement Conference.

**ORDERED:**   Parties to file a proposed Protective Order **no later than May 30, 2025.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties and Amendment of Pleadings: **July 11, 2025.**

Discovery Cut-off: **December 20, 2025.**

Dispositive Motions Deadline: **January 20, 2026.**

Each side shall be limited to **one (1)** affirmative retained expert witness, absent further leave of Court.

Parties shall designate affirmative experts on or before **September 1, 2025.**

Parties shall designate rebuttal experts on or before **October 1, 2025.**

Each side shall be limited to **three (3)** fact witness depositions, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admission, absent further leave of Court.

**FINAL PRETRIAL CONFERENCE**: If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

**Magistrate Judge Starnella's Discovery Dispute Procedures:**

1. Duty to Meet and Confer: No additional requirements.

2. Contacting Chambers: If the dispute concerns the taking of depositions or written discovery, parties must jointly email Chambers. The email shall briefly describe the parties' conferral efforts and the disputes at issue. If the dispute arises during an ongoing deposition, counsel must jointly call Chambers.

3. Court Instruction/Resolution: If the dispute concerns written discovery (request for production, interrogatories, etc.), the parties must complete a written discovery dispute chart in the form on Judge Starnella's webpage. The chart must be emailed to Chambers at least three (3) business days before any related hearing. The chart may include citations to legal authority but shall not include legal argument or extensive factual information. The parties shall be prepared to make legal arguments at the hearing.

**NO STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

Scheduling Order is signed and entered with interlineations on May 27, 2025.

Hearing concluded.
**Court in recess:     12:22 p.m.**
Total time in court:     00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.