IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#22] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Protective Order [#22-1] supplied by the parties is **accepted**, with the Court's modifications[1], and entered as an Order of the Court as of the date of this Minute Order.

    Dated: June 1, 2025

---

[1] The Court has modified paragraphs 6(c) and 6(d) to incorporate the Magistrate Judge's discovery dispute procedures. Paragraph 6(d) was further modified to incorporate the requisite "good cause" standard. Paragraph 7(b) has been modified to identify the correct internally referenced paragraph.