**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

---

**STIPULATED MOTION FOR ENTRY OF FED. R. EVIDENCE 502(d) ORDER**

---

Plaintiff Michelle Ramirez, and Defendant The Elevance Health Companies, Inc., by and through their undersigned counsel, have stipulated to and jointly request the entry of the Fed. R. Evid. 502(d) Order, attached hereto as Exhibit A. This order is being submitted pursuant to the Court's April 1, 2025 Pre-Scheduling Conference Order.

Respectfully submitted this 10th day of June, 2025.

| CONSUMER ATTORNEYS, PLLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
|---|---|
| *s/ Emanuel Kataev* | *s/ Rayner Mangum* |
| Emanuel Kataev | Jim Goh |
| 6829 Main Street | Rayner Mangum |
| Flushing, NY 11367-1305 | 1801 Broadway |
| Telephone: 718.412.2421 | Suite 529 |
| Facsimile: 718.489.4155 | Denver, CO 80202 |
| ekataev@consumerattorneys.com | Telephone: 720.343.7560 |
|  | Facsimile: 720.343.7561 |
| *Attorney for Plaintiff* | jgoh@constangy.com |
|  | rmangum@constangy.com |
|  | *Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 10th day of June, 2025, I electronically filed the foregoing **STIPULATED MOTION FOR ENTRY OF FED. R. EVIDENCE 502(d) ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Emanuel Kataev
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

                                                  s/ Hannah Caisse
                                                  ***Hannah Caisse,*** Paralegal