# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

## STIPULATED PROPOSED FED. R. EVIDENCE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: June \_\_\_\_, 2025.

    By the Court:

    _____
    Honorable Kathryn A. Starnella
    United States Magistrate Judge

2

Approved by:

| **CONSUMER ATTORNEYS, PLLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| *s/ Emanuel Kataev* | *s/ Rayner Mangum* |
| Emanuel Kataev | Jim Goh |
| 6829 Main Street | Rayner Mangum |
| Flushing, NY 11367-1305 | 1801 Broadway |
| (718) 412-2421 (office) | Suite 529 |
| (718) 489-4155 (facsimile) | Denver, CO 80202 |
| ekataev@consumerattorneys.com | Telephone:  720.343.7560 |
|  | Facsimile:   720.343.7561 |
| *Attorney for Plaintiff* | jgoh@constangy.com |
|  | rmangum@constangy.com |
|  | *Attorneys for Defendant* |

2