## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

      Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

      Defendant.

---

## STIPULATED PROPOSED FED. R. EVIDENCE 502(d) ORDER

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

Dated: June 12, 2025.

By the Court:

_____

Honorable Kathryn A. Starnella
United States Magistrate Judge

Approved by:

**CONSUMER ATTORNEYS, PLLC**

_s/ Emanuel Kataev_
Emanuel Kataev
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

_Attorney for Plaintiff_

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

_s/ Rayner Mangum_
Jim Goh
Rayner Mangum
1801 Broadway
Suite 529
Denver, CO 80202
Telephone:  720.343.7560
Facsimile:   720.343.7561
jgoh@constangy.com
rmangum@constangy.com

_Attorneys for Defendant_