# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MICHELLE RAMIREZ, <br><br> Plaintiff, <br><br> v. <br><br> THE ELEVANCE HEALTH, INC., <br><br> Defendant. | **Case No.: 1:25-cv-61-KAS** <br><br> **NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Michelle Ramirez and Defendant The Elevance Health, Inc. ("Elevance Health"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court adjourn all deadlines in this case *sine die*. Plaintiff further respectfully requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 15th day of September, 2025.

*/s/ Emanuel Kataev*
Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing, NY 11367
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Attorneys for Plaintiff Michelle Ramirez*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

**CONSUMER ATTORNEYS**

By: */s/ Mia Kristensen*