**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00061-GPG-KAS

MICHELLE RAMIREZ,

    Plaintiff,

v.

THE ELEVANCE HEALTH COMPANIES, INC.,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michelle Ramirez and Defendant The Elevance Health Companies, Inc., jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, as the parties have reached a resolution. The parties will bear their own costs and fees respectively.

Respectfully submitted this 30th day of October, 2025.

| **CONSUMER ATTORNEYS, PLLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| *s/ Emanuel Kataev* | *s/ Rayner Mangum* |
| Emanuel Kataev | Jim Goh |
| 6829 Main Street | Rayner Mangum |
| Flushing, NY 11367-1305 | 1801 Broadway |
| Telephone: 718.412.2421 | Suite 529 |
| Facsimile: 718.489.4155 | Denver, CO 80202 |
| ekataev@consumerattorneys.com | Telephone: 720.343.7560 |
| | Facsimile: 720.343.7561 |
| *Attorney for Plaintiff* | jgoh@constangy.com |
| | rmangum@constangy.com |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2025, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Emanuel Kataev
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing, NY 11367-1305
ekataev@consumerattorneys.com

                s/ Hannah Caisse
                *Hannah Caisse,* Paralegal